# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 15-52537 | | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|---|
| Case Name: | THE PLANT STATION | | Date Filed (f) or Converted (c): | 08/24/2015 (f) |
| For the Period Ending: | 12/31/2016 | | §341(a) Meeting Date: | 09/17/2015 |
| | | | Claims Bar Date: | 12/31/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  PNC Bank - Checking | $69.00 | $69.00 | | $0.00 | FA |
| 2  Fraudulent Transfers- Pioneer State Mutual Insurance Company (u) | $3,371.86 | $3,371.86 | | $3,371.86 | FA |
| **Asset Notes:** Pioneer State Mutual Insurance Company- $3,371.86 per order 5/23/16 | | | | | |
| 3  Fraudulent transfers (u) Citi Payment Services | $2,500.00 | $2,500.00 | | $2,500.00 | FA |
| **Asset Notes:** Unscheduled-Settled for $2500.00 p/o 9/27/16 | | | | | |
| 4  Fraudulent transfer (u) (Comcast) | $3,000.00 | $3,000.00 | | $3,000.00 | FA |
| **Asset Notes:** Collected proceeds p/o 10/20/16 | | | | | |
| 5  Fraudulent transfer- (u) Ally Financial | $8,041.04 | $8,041.04 | | $8,041.04 | FA |
| **Asset Notes:** Unscheduled- Collected $8,041.04 p/o 11/16/16 | | | | | |
| 6  Adv. Proceeding 16-04980 (u) | $26,350.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Asset**

| | $43,331.90 | $16,981.90 | | $16,912.90 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**
06/30/2016    Additional time Investigating Fraudulent Transfers

**Initial Projected Date Of Final Report (TFR):** 12/01/2016     **Current Projected Date Of Final Report (TFR):** 01/01/2018     /s/ WENDY TURNER LEWIS

WENDY TURNER LEWIS

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 15-52537 | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|
| Case Name: | THE PLANT STATION | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8343 | Checking Acct #: | ******2910 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2016 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/10/2016 | (2) | Pioneer State Mutual Insurance Company | Settlement p/o 5/23/16 | 1241-000 | $3,371.86 | | $3,371.86 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.77 | $3,369.09 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.42 | $3,363.67 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.41 | $3,358.26 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.23 | $3,353.03 |
| 10/13/2016 | (3) | Citi Payment Services | Settlement P/O 9/27/16 | 1241-000 | $2,500.00 | | $5,853.03 |
| 10/21/2016 | (4) | Comcast | Settlement P/O 10/20/16 | 1241-000 | $3,000.00 | | $8,853.03 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $7.97 | $8,845.06 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.77 | $8,831.29 |
| 12/02/2016 | (5) | Ally Financial | Settlement P/O 11/16/16 | 1241-000 | $8,041.04 | | $16,872.33 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.58 | $16,847.75 |

SUBTOTALS $16,912.90 $65.15

| Case No. | 15-52537 | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|
| Case Name: | THE PLANT STATION | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8343 | Checking Acct #: | ******2910 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2016 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | **TOTALS:** |  | $16,912.90 | $65.15 | $16,847.75 |
|  |  | **Less: Bank transfers/CDs** |  | $0.00 | $0.00 |  |
|  |  | **Subtotal** |  | $16,912.90 | $65.15 |  |
|  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 |  |
|  |  | **Net** |  | $16,912.90 | $65.15 |  |

| For the period of 07/01/2016 to 12/31/2016 | | For the entire history of the account between 06/10/2016 to 12/31/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,541.04 | Total Compensable Receipts: | $16,912.90 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,541.04 | Total Comp/Non Comp Receipts: | $16,912.90 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $62.38 | Total Compensable Disbursements: | $65.15 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $62.38 | Total Comp/Non Comp Disbursements: | $65.15 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 15-52537 | |
| Case Name: | THE PLANT STATION | |
| Primary Taxpayer ID #: | **-***8343 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 07/01/2016 | |
| For Period Ending: | 12/31/2016 | |

| | |
|---|---|
| Trustee Name: | Wendy Turner Lewis |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******2910 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $16,912.90 | $65.15 | $16,847.75 |

**For the period of 07/01/2016 to 12/31/2016**

| | |
|---|---|
| Total Compensable Receipts: | $13,541.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,541.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $62.38 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $62.38 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/10/2016 to 12/31/2016**

| | |
|---|---|
| Total Compensable Receipts: | $16,912.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,912.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $65.15 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65.15 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ WENDY TURNER LEWIS

WENDY TURNER LEWIS