# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: § Case No. 15-52537-MLO
§
THE PLANT STATION §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Wendy Turner Lewis, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)     All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)     A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $69.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $13,153.46 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $16,544.44 | | |

    3)     Total gross receipts of $29,697.90 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $29,697.90 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $111,812.92 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $16,544.44 | $16,544.44 | $16,544.44 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $2,323.06 | $2,323.06 | $2,323.06 |
| General Unsecured Claims (from **Exhibit 7**) | $135,815.77 | $45,412.70 | $45,412.70 | $10,830.40 |
| **Total Disbursements** | $135,815.77 | $176,093.12 | $64,280.20 | $29,697.90 |

4). This case was originally filed under chapter 7 on 08/24/2015. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2017    By: /s/ Wendy Turner Lewis
                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Adv. Proceeding 16-04980 | 1241-000 | $8,785.00 |
| Fraudulent transfer(Comcast) | 1241-000 | $3,000.00 |
| Fraudulent transfer-Ally Financial | 1241-000 | $8,041.04 |
| Fraudulent Transfer- Theresa & Jordan Costello | 1241-000 | $4,000.00 |
| Fraudulent transfersCiti Payment Services | 1241-000 | $2,500.00 |
| Fraudulent Transfers-Pioneer State Mutual Insurance Company | 1241-000 | $3,371.86 |
| **TOTAL GROSS RECEIPTS** | | **$29,697.90** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | CITIMORTGAGE INC. | 4110-000 | $0.00 | $111,812.92 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $111,812.92 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wendy Turner Lewis, Trustee | 2100-000 | NA | $3,719.79 | $3,719.79 | $3,719.79 |
| Wendy Turner Lewis, Trustee | 2200-000 | NA | $75.00 | $75.00 | $75.00 |
| Bank of Texas | 2600-000 | NA | $162.25 | $162.25 | $162.25 |
| U.S. Bankruptcy Court | 2700-000 | NA | $1,400.00 | $1,400.00 | $1,400.00 |
| GOLD LANGE & MAJOROS PC, Attorney for Trustee | 3210-000 | NA | $11,000.00 | $11,000.00 | $11,000.00 |
| GOLD LANGE & MAJOROS PC, Attorney for Trustee | 3220-000 | NA | $187.40 | $187.40 | $187.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $16,544.44 | $16,544.44 | $16,544.44 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | State of Michigan | 5800-000 | $0.00 | $2,323.06 | $2,323.06 | $2,323.06 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,323.06 | $2,323.06 | $2,323.06 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Brohls Greenhouses Inc. | 7100-000 | $3,045.00 | $3,045.00 | $3,045.00 | $782.00 |
| 2 | Moose & Squirrel Horticultural Resources | 7100-000 | $24,664.55 | $24,105.95 | $24,105.95 | $6,190.71 |
| 3 | Gerald Slocum Trust | 7100-000 | $0.00 | $3,027.75 | $3,027.75 | $777.56 |
| 4 | Wenz Bros. Farm, LTD | 7100-000 | $7,856.20 | $7,996.70 | $7,996.70 | $2,053.65 |
| 6 | Dale Jenuwind Farms | 7100-000 | $2,667.50 | $3,997.00 | $3,997.00 | $1,026.48 |
| 7 | Boschs Countryview Nursery | 7200-000 | $0.00 | $3,240.30 | $3,240.30 | $0.00 |
|  | Birmingham haynes llc | 7100-000 | $63,000.00 | $0.00 | $0.00 | $0.00 |
|  | Appalachian root and herb | 7100-000 | $1,215.88 | $0.00 | $0.00 | $0.00 |
|  | Bosch's country view nursery | 7100-000 | $3,199.80 | $0.00 | $0.00 | $0.00 |
|  | Deezers processing with Marketing Solutions | 7100-000 | $5,040.64 | $0.00 | $0.00 | $0.00 |
|  | Hilco Receivables/Steamboat Partners | 7100-000 | $5,040.64 | $0.00 | $0.00 | $0.00 |
|  | Hudler Carolina Tree Farm | 7100-000 | $7,905.00 | $0.00 | $0.00 | $0.00 |
|  | Hyacinth House Greenery | 7100-000 | $1,352.00 | $0.00 | $0.00 | $0.00 |
|  | Import Connection | 7100-000 | $2,665.88 | $0.00 | $0.00 | $0.00 |
|  | Mandel Greenhouse, Inc. | 7100-000 | $4,640.00 | $0.00 | $0.00 | $0.00 |
|  | Oceana Tree's | 7100-000 | $3,027.75 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| LLC | | | | | |
| Plantation Products LLC | 7100-000 | $494.93 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $135,815.77 | $45,412.70 | $45,412.70 | $10,830.40 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 15-52537-MLO | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|
| Case Name: | THE PLANT STATION | Date Filed (f) or Converted (c): | 08/24/2015 (f) |
| For the Period Ending: | 7/14/2017 | §341(a) Meeting Date: | 09/17/2015 |
| | | Claims Bar Date: | 12/31/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | PNC Bank - Checking | $69.00 | $69.00 | | $0.00 | FA |
| 2 | Fraudulent Transfers- Pioneer State Mutual Insurance Company (u) | $3,371.86 | $3,371.86 | | $3,371.86 | FA |
| Asset Notes: | Pioneer State Mutual Insurance Company- $3,371.86 per order 5/23/16 | | | | | |
| 3 | Fraudulent transfers (u) Citi Payment Services | $2,500.00 | $2,500.00 | | $2,500.00 | FA |
| Asset Notes: | Unscheduled-Settled for $2500.00 p/o 9/27/16 | | | | | |
| 4 | Fraudulent transfer (u) (Comcast) | $3,000.00 | $3,000.00 | | $3,000.00 | FA |
| Asset Notes: | Collected proceeds p/o 10/20/16 | | | | | |
| 5 | Fraudulent transfer- (u) Ally Financial | $8,041.04 | $8,041.04 | | $8,041.04 | FA |
| Asset Notes: | Unscheduled- Collected $8,041.04 p/o 11/16/16 | | | | | |
| 6 | Adv. Proceeding 16-04980 (u) | $26,350.00 | $8,785.00 | | $8,785.00 | FA |
| 7 | Fraudulent Transfer- Theresa & Jordan Costello (u) | $4,000.00 | $4,000.00 | | $4,000.00 | FA |
| Asset Notes: | Settled for $4,000.00 p/o 4/12/17; received proceeds | | | | | |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$47,331.90     $29,766.90     $29,697.90     $0.00

**Major Activities affecting case closing:**

| 04/13/2017 | Preparation of TFR |
| 06/30/2016 | Additional time Investigating Fraudulent Transfers |

**Initial Projected Date Of Final Report (TFR):** 12/01/2016     /s/ WENDY TURNER LEWIS
**Current Projected Date Of Final Report (TFR):** 01/01/2018     WENDY TURNER LEWIS

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1
Exhibit 9

| Case No. | 15-52537-MLO | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|
| Case Name: | THE PLANT STATION | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8343 | Checking Acct #: | ******2910 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/24/2015 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 7/14/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/10/2016 | (2) | Pioneer State Mutual Insurance Company | Settlement p/o 5/23/16 | 1241-000 | $3,371.86 | | $3,371.86 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.77 | $3,369.09 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.42 | $3,363.67 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.41 | $3,358.26 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.23 | $3,353.03 |
| 10/13/2016 | (3) | Citi Payment Services | Settlement P/O 9/27/16 | 1241-000 | $2,500.00 | | $5,853.03 |
| 10/21/2016 | (4) | Comcast | Settlement P/O 10/20/16 | 1241-000 | $3,000.00 | | $8,853.03 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $7.97 | $8,845.06 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.77 | $8,831.29 |
| 12/02/2016 | (5) | Ally Financial | Settlement P/O 11/16/16 | 1241-000 | $8,041.04 | | $16,872.33 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.58 | $16,847.75 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $27.18 | $16,820.57 |
| 02/16/2017 | (6) | Gehle Investments, LLC | Settlement p/o 3/15/17 | 1241-000 | $8,785.00 | | $25,605.57 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $27.64 | $25,577.93 |
| 03/22/2017 | (7) | Stevenson & Bullock, PLC | Settlement P/O 4/12/17 | 1241-000 | $4,000.00 | | $29,577.93 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $42.28 | $29,535.65 |
| 06/05/2017 | 101 | U.S. Bankruptcy Court | Claim #: ; Amount Claimed: 1,400.00; Amount Allowed: 1,400.00; Distribution Dividend: 100.00; | 2700-000 | | $1,400.00 | $28,135.65 |
| 06/05/2017 | 102 | GOLD LANGE & MAJOROS PC | Claim #: ; Amount Claimed: 187.40; Amount Allowed: 187.40; Distribution Dividend: 100.00; | 3220-000 | | $187.40 | $27,948.25 |
| 06/05/2017 | 103 | GOLD LANGE & MAJOROS PC | Claim #: ; Amount Claimed: 11,000.00; Amount Allowed: 11,000.00; Distribution Dividend: 100.00; | 3210-000 | | $11,000.00 | $16,948.25 |
| 06/05/2017 | 104 | Wendy Turner Lewis | Trustee Compensation | 2100-000 | | $3,719.79 | $13,228.46 |
| 06/05/2017 | 105 | Wendy Turner Lewis | Trustee Expenses | 2200-000 | | $75.00 | $13,153.46 |
| 06/05/2017 | 106 | State of Michigan | Claim #: 5; Amount Claimed: 2,323.06; Amount Allowed: 2,323.06; Distribution Dividend: 100.00; | 5800-000 | | $2,323.06 | $10,830.40 |
| 06/05/2017 | 107 | Brohls Greenhouses Inc. | Claim #: 1; Amount Claimed: 3,045.00; Amount Allowed: 3,045.00; Distribution Dividend: 25.68; | 7100-000 | | $782.00 | $10,048.40 |
| 06/05/2017 | 108 | Moose & Squirrel Horticultural Resources | Claim #: 2; Amount Claimed: 24,105.95; Amount Allowed: 24,105.95; Distribution Dividend: 25.68; | 7100-000 | | $6,190.71 | $3,857.69 |
| 06/05/2017 | 109 | Gerald Slocum Trust | Claim #: 3; Amount Claimed: 3,027.75; Amount Allowed: 3,027.75; Distribution Dividend: 25.68; | 7100-000 | | $777.56 | $3,080.13 |
| 06/05/2017 | 110 | Wenz Bros. Farm, LTD | Claim #: 4; Amount Claimed: 7,996.70; Amount Allowed: 7,996.70; Distribution Dividend: 25.68; | 7100-000 | | $2,053.65 | $1,026.48 |
| | | | | SUBTOTALS | $29,697.90 | $28,671.42 | |

15-52537-mlo    Doc 76    Filed 07/20/17    Entered 07/20/17 09:17:22    Page 7 of 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 15-52537-MLO | **Trustee Name:** Wendy Turner Lewis |
| **Case Name:** | THE PLANT STATION | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | **-***8343 | **Checking Acct #:** ******2910 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 8/24/2015 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 7/14/2017 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/05/2017 | 111 | Dale Jenuwind Farms | Claim #: 6; Amount Claimed: 3,997.00; Amount Allowed: 3,997.00; Distribution Dividend: 25.68; | 7100-000 | | $1,026.48 | $0.00 |
| | | | **TOTALS:** | | $29,697.90 | $29,697.90 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $29,697.90 | $29,697.90 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $29,697.90 | $29,697.90 | |

| For the period of 8/24/2015 to 7/14/2017 | | For the entire history of the account between 06/10/2016 to 7/14/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $29,697.90 | Total Compensable Receipts: | $29,697.90 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $29,697.90 | Total Comp/Non Comp Receipts: | $29,697.90 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $29,697.90 | Total Compensable Disbursements: | $29,697.90 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $29,697.90 | Total Comp/Non Comp Disbursements: | $29,697.90 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 15-52537-MLO | | **Trustee Name:** | Wendy Turner Lewis |
| **Case Name:** | THE PLANT STATION | | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***8343 | | **Checking Acct #:** | ******2910 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 8/24/2015 | | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 7/14/2017 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $29,697.90 | $29,697.90 | $0.00 |

| For the period of 8/24/2015 to 7/14/2017 | | For the entire history of the case between 08/24/2015 to 7/14/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $29,697.90 | Total Compensable Receipts: | $29,697.90 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $29,697.90 | Total Comp/Non Comp Receipts: | $29,697.90 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $29,697.90 | Total Compensable Disbursements: | $29,697.90 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $29,697.90 | Total Comp/Non Comp Disbursements: | $29,697.90 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ WENDY TURNER LEWIS

WENDY TURNER LEWIS